ACCEPTED
03-12-00805-CR
4046513
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/6/2015 7:47:37 AM
JEFFREY D. KYLE
CLERK



# John G. Jasuta

**Attorney at Law**
**Post Office Box 783**
**Austin, Texas 78767-0783**
**Off. Tel. 512-474-4747**
**Fax: 512-532-6282**

lawyer1@johnjasuta.com

www.texasappeallawyers.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/6/2015 7:47:37 AM
JEFFREY D. KYLE
Clerk

**To**: Hon. Jeffrey D. Kyle; Clerk of the Third Court of Appeals
**Date**: February 6, 2015
**Subject**: *__Hernandez v. State__*; No. 03-12-00805-CR

Dear Mr. Kyle:

I have obtained a copy of the Court's opinion in the above captioned case, delivered on January 30, 2015. I have forwarded a copy to Hernandez at the TDCJ-CID Powledge Unit in Palestine, Texas, with a note advising him, as required by Rule 48.4, Tex.R.App.Pro., and it has been received. The USPS shipping & delivery information are attached. I have, therefore, complied with the requirements of Rule 48.

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 93 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on February 6, 2015, a true and correct copy of the above and foregoing memo was transmitted via the eService function on the State's eFiling portal, to Chris Johnson (chris.johnson@co.hays.tx.us), counsel of record for the State of Texas.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282

State Bar No. 10592300

Attorney for Armando Hernandez

# USPS Tracking™

Tracking Number: **9405511899561509629747**



**On Time**
**Expected Delivery Day: Friday, February 6, 2015**    DELIVERED

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
USPS Tracking™

Up to $50 insurance included
Restrictions Apply *i*

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 5, 2015 , 11:33 am** | **Delivered** | **PALESTINE, TX 75803** |

Your item was delivered at 11:33 am on February 5, 2015 in PALESTINE, TX 75803.

| | | |
|---|---|---|
| February 5, 2015 , 11:33 am | Arrived at Post Office | TENNESSEE COLONY, TX 75861 |
| February 5, 2015 , 9:19 am | Departed USPS Facility | PALESTINE, TX 75801 |
| February 5, 2015 , 8:52 am | Arrived at USPS Facility | PALESTINE, TX 75801 |
| February 5, 2015 , 8:51 am | Forwarded | PALESTINE, TX |
| February 5, 2015 , 8:46 am | Available for Pickup | PALESTINE, TX 75801 |
| February 5, 2015 , 8:46 am | Arrived at Post Office | PALESTINE, TX 75801 |
| February 3, 2015 , 2:47 am | Departed USPS Facility | AUSTIN, TX 78710 |
| February 3, 2015 , 12:29 am | Arrived at USPS Origin Facility | AUSTIN, TX 78710 |
| February 2, 2015 , 6:20 pm | Acceptance | AUSTIN, TX 78723 |